Liza M. Walsh
Christine I. Gannon
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068-1765
(973) 535-0500

*Attorneys for Plaintiff Aventis Pharmaceuticals Inc.,*
*Merrell Pharmaceuticals Inc., Carderm Capital L.P.,*
  *and Aventis Inc.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTIS PHARMACEUTICALS INC., MERRELL PHARMACEUTICALS INC., and CARDERM CAPITAL L.P., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 02-1322 (GEB/MCA) <br><br> And Coordinated Actions: <br><br> No. 03-1179 (GEB/MCA) (Dkt. 354) <br> No. 03-1180 (GEB/MCA) (Dkt. 322) <br> No. 03-5108 (GEB/MCA) (Dkt. 267) <br> No. 03-5829 (GEB/MCA) (Dkt. 269) <br> No. 04-1076 (GEB/MCA) (Dkt. 248) <br> No. 04-1077 (GEB/MCA) <br> No. 04-1078 (GEB/MCA) <br> No. 04-2305 (GEB/MCA) (Dkt. 245) <br> No. 04-3194 (GEB/MCA) (Dkt. 258) <br> No. 05-4255 (GEB/MCA) (Dkt. 210) <br><br> ***Electronically Filed*** |

### SEALING ORDER

**THIS MATTER** having come before the Court by Connell Foley LLP, attorneys for Plaintiffs, Aventis Pharmaceuticals Inc., Merrell Pharmaceuticals Inc., Carderm Capital L.P., and Aventis Inc. (collectively "Plaintiffs"), for the entry of an Order filing portions of the Highly Confidential Proposed Final Pretrial Order (Corrected) and Exhibit Lists under seal pursuant to L.Civ.P. 5.3(c), and the Court having previously entered a Stipulated Protective Order on

2499376-01

September 8, 2003, an Order Amending the Stipulated Protective Order on March 5, 2004, in the related Coordinated Allegra® Litigation, which actions are coordinated under Civil Action No. 02-1322, and the Court having previously entered Orders sealing substantially the same information the Plaintiffs currently seek to seal through this motion, and the Court having found that no less restrictive alternative to the relief sought is available, and the Defendants having consented to the relief sought in the within Motion, and for other and good cause having been shown;

IT IS on this ____ day of _____, 2011,

**ORDERED** that portions of the Highly Confidential Proposed Final Pretrial Order (Corrected) and Exhibit Lists contain proprietary, commercial, private and/or other confidential information as outlined in the Stipulated Protective Order entered by this Court on September 8, 2003, and shall be sealed pursuant to L.Civ.R. 5.3 (c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court

2499376-01